# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.          CASE NO.: <u>17-mj-5003-KGS</u>

DAKOTA SHAREEF WALKER,

    Defendant.

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

<u>COUNT ONE</u>

18 U.S.C. § 2113(a)
(Bank Robbery)

That on or about November 28, 2016, in the District of Kansas, the defendant,

DAKOTA SHAREEF WALKER,

by force, violence and intimidation, did take from the person or presence of bank employees, money and property and a thing of value, to wit: United States currency, belonging to and in the care, custody, control, management and possession of U.S. Bank, located at 5730 Southwest 21st Street, Topeka, Kansas, a bank, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

I further state that I am a Special Agent and sworn officer of the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

s/ Ian Knooihuizen
IAN KNOOIHUIZEN
Special Agent
Federal Bureau of Investigation

Sworn to before me and acknowledged in my presence on this  10th  day of January, 2017, at Topeka, Kansas.

s/ K. Gary Sebelius
K. GARY SEBELIUS
United States Magistrate Judge