# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        CASE NO. 17-40003-DDC

DAKOTA SHAREEF WALKER,

    Defendant.

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

18 U.S.C. § 2113(a)
(Bank Robbery)

That on or about November 28, 2016, in the District of Kansas, the defendant,

DAKOTA SHAREEF WALKER,

by force, violence and intimidation, did take from the person or presence of bank employees, money and property and a thing of value, to wit: United States currency,

1

belonging to and in the care, custody, control, management and possession of U.S. Bank, located at 5730 Southwest 21st Street, Topeka, Kansas, a bank, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

# A TRUE BILL

    January 11, 2017             /s/ Foreperson
         Date            FOREPERSON OF THE GRAND JURY

    JARED S. MAAG, Ks.S.Ct. No. 17222
Assistant United States Attorney
for THOMAS E. BEALL
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683
Ph: 785.295.2850
Fax: 785.295.2853
Email: thomas.beall@usdoj.gov
Ks.S.Ct. No. 19929

> IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS