AO 442 (Rev. 08/07) Warrant for Arrest



# UNITED STATES DISTRICT COURT

FEB 23 2017

District of      Kansas

Clerk, U.S. District Court
By:_____Deputy Clerk

UNITED STATES OF AMERICA

V.

DAKOTA SHAREEF WALKER

**WARRANT FOR ARREST**

Case Number: 17-40003-DDC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     DAKOTA SHAREEF WALKER
                                                                                                      Name

TOPEKA, KS    2017 JAN 12 AM 10:09    UNITED STATES MARSHAL RECEIVED

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
Violation Petition      Violation Petition      Violation

charging him or her with (brief description of offense)

Ct 1 - 18 USC 2113(a) - Bank Robbery

☑ in violation of Title   21   United States Code, Section(s)   2113(a)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY M. O'BRIEN
Name of Issuing Officer                  Signature of Issuing Officer

Clerk of Court                    January 11, 2017      at Topeka, Kansas
Title of Issuing Officer                  Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at   SALT LAKE CITY, UT

| DATE RECEIVED 01/12/17 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/12/17 | Andrew Ousley (FBI UTAH) | |