# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.          CASE NO.: **17-40003-DDC**

DAKOTA SHAREEF WALKER,

    Defendant.

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

18 U.S.C. § 2113(a)
(Bank Robbery)

That on or about November 28, 2016, in the District of Kansas, the defendant,

DAKOTA SHAREEF WALKER,

by force, violence and intimidation, did take from the person or presence of bank employees, money and property and a thing of value, to wit: United States currency,

1

belonging to and in the care, custody, control, management and possession of U.S. Bank, located at 5730 Southwest 21st Street, Topeka, Kansas, a bank, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

18 U.S.C. § 2113(a)
(Bank Robbery)

That on or about November 23, 2016, in the Western District of Missouri, the defendant,

DAKOTA SHAREEF WALKER,

by force, violence and intimidation, did take from the person or presence of bank employees, money and property and a thing of value, to wit: United States currency, belonging to and in the care, custody, control, management and possession of U.S. Bank, located at 221 West Gregory Blvd., Kansas City, Missouri, a bank, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

Dated: Topeka, Kansas
January 10, 2018

FILED IN OPEN COURT

>Respectfully submitted,
>
>THOMAS E. BEALL
>United States Attorney
>District of Kansas
>
>By:     /s/ *Jared S. Maag*
>
>JARED S. MAAG, Ks. Bar. No. 17222
>Assistant United States Attorney
>290 Carlson Federal Building
>444 S.E. Quincy
>Topeka, KS 66683
>Ph: 785.295.2850 (Office)
>Fax: 785.295.2853
>jared.maag@usdoj.gov